# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| REINHARDT, STEPHEN R. | US COURT OF APPEALS - 9TH CIRCUIT | 08/23/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US CIRCUIT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

312 NORTH SPRING STREET
ROOM 1747
LOS ANGELES, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRUST #1 - [              ] - EXEMPT C |
| 2. TRUSTEE | TRUST #2 - [              ] - NON-EXEMPT C |
| 3. TRUSTEE | TRUST #3 - R[      ] LIVING TRUST DTD 4/21/95 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | ACLU FOUNDATION OF SO CALIFORNIA - WAGES |
| 2. | 2011 | AMERICAN CIVIL LIBERTIES UNION INC OF SO CALIFORNIA - WAGES |
| 3. | 2011 | ACLU FOUNDATION OF SO CALIFORNIA - CONSULTING FEES |
| 4. | 2011 | AMERICAN CIVIL LIBERTIES UNION INC OF SO CALIFORNIA -CONSULTING FEES |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | PENNSYLVANIA LAW SCHOOL - MOOT COURT | 01/26/11 - 01/29/11 | PHILADELPHIA, PA | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE, TRANSPORTATION, LODGING |
| 2. | AMERICAN CONSTITUTION SOCIETY - STANFORD CHAPTER | 02/25/11 - 02/27/11 | SAN FRANCISCO, CA | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE, TRANSPORTATION, LODGING |
| 3. | ACS CHAPTER - BOSTON UNIVERSITY | 04/19/11 - 04/22/11 | BOSTON, MA | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE, TRANSPORTATION, LODGING |
| 4. | YALE LAW JOURNAL | 04/25/11 - 04/26/11 | NEW HAVEN, CT | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE, TRANSPORTATION, LODGING |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | REINHARDT, STEPHEN R. | 08/23/2012 |

| | | | | |
|---|---|---|---|---|
| 5. | AMERICAN CONSTITUTION SOCIETY - ANNUAL CONVENTION | 06/15/11 - 06/19/11 | WASHINGTON D.C. | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE, TRANSPORTATION, LODGING |
| 6. | AMERICAN CONSTITUTION SOCIETY - SANTA CLARA CHAPTER | 10/17/11 - 10/19/11 | SANTA CLARA, CA | PROF ASSOC ACTIVITY/ CIVIC ORGANIZATION | AIRFARE, TRANSPORTATION, LODGING |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKER ACCT #1 - STONNINGTON #1030 | | | | | | | | | |
| 2. - FEDERATED CLOVER VALUE FD CL C 1 | A | Dividend | K | T | Sold (part) | 01/11/11 | J | A | |
| 3. - FEDERATED CLOVER VALUE FD CL C 1 | | | | | Sold (part) | 09/15/11 | K | A | |
| 4. - FDIC LIQUID INSURED DEPOSITS MONEY MARKET 1 | A | Interest | K | T | | | | | |
| 5. CITY NATIONAL BANK CHECKING #79 | | None | K | T | | | | | |
| 6. UNION BANK CHECKING | | None | K | T | | | | | |
| 7. JOHN HANCOCK LIFE INS CO. - ANNUITY | D | Int./Div. | M | W | | | | | |
| 8. SYMETRA LIFE INS CO - ANNUITY | C | Int./Div. | K | T | | | | | |
| 9. IRA - ACCT #6 - STONNINGTON #452 | A | Int./Div. | | | | | | | See Note 1 |
| 10. - AMERICAN CENTURY FUND 6 | | | | | Sold | 01/03/11 | J | A | |
| 11. - CALVERT SHORT DURATION FD 6 | | | | | Sold | 01/03/11 | J | A | |
| 12. - DELAWARE CORP BD 6 | | | | | Sold | 01/03/11 | J | A | |
| 13. - FPA NEW INCOME FD 6 | | | | | Sold | 01/03/11 | J | A | |
| 14. - HARTFORD CAPITAL FD 6 | | | | | Sold | 01/03/11 | J | B | |
| 15. - METROPOLITAN WEST TTL FD 6 | | | | | Sold | 01/03/11 | K | B | |
| 16. - T ROWE PRICE US TSY FD 6 | | | | | Sold | 01/03/11 | J | A | |
| 17. - TCW TOTAL RETURN FD 6 | | | | | Sold | 01/03/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - MAINSTAY LARGE CAP GRWTH FND 6 | | | | | Sold | 01/03/11 | J | A | |
| 19. - MFS VALUE FUND 6 | | | | | Sold | 01/03/11 | J | A | |
| 20. - PERSHING GOVT MONEY MARKET FUNDS 6 | | | | | Merged (with line 22) | 03/16/11 | L | | See Note 1 |
| 21. IRA - ACCT #7 - STONNINGTON 1053 | C | Int./Div. | L | T | | | | | See Note 1 |
| 22. - PERSHING GOVT MONEY MARKET FUNDS 7 | | | | | | | | | See Note 1 |
| 23. - VANGUARD BD INDEX TOTAL BD MKT FUND 7 | | | | | Buy | 03/22/11 | J | | |
| 24. - VANGUARD BD INDEX TOTAL BD MKT FUND 7 | | | | | Buy (add'l) | 11/16/11 | J | | |
| 25. - VANGUARD BD INDEX TOTAL BD MKT FUND 7 | | | | | Sold (part) | 08/18/11 | J | A | |
| 26. - VANGUARD BD INDEX TOTAL BD MKT FUND 7 | | | | | Sold (part) | 12/22/11 | J | A | |
| 27. - VANGUARD BD INDEX L/TERM BD FUND 7 | | | | | Buy | 03/22/11 | J | | |
| 28. - VANGUARD BD INDEX L/TERM BD FUND 7 | | | | | Sold | 08/18/11 | J | A | |
| 29. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 7 | | | | | Buy | 03/22/11 | J | | |
| 30. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 7 | | | | | Buy (add'l) | 08/18/11 | J | | |
| 31. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 7 | | | | | Sold (part) | 11/16/11 | J | A | |
| 32. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 7 | | | | | Sold (part) | 12/22/11 | J | A | |
| 33. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 7 | | | | | Buy | 03/22/11 | J | | |
| 34. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 7 | | | | | Sold (part) | 11/16/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 7 | | | | | Sold (part) | 12/22/11 | J | A | |
| 36.  - MSIF INC INTERNATIONAL FUND 7 | | | | | Buy | 03/22/11 | J | | |
| 37.  - MSIF INC INTERNATIONAL FUND 7 | | | | | Buy (add'l) | 08/18/11 | J | | |
| 38.  - MSIF INC INTERNATIONAL FUND 7 | | | | | Buy (add'l) | 11/16/11 | J | | |
| 39.  - MSIF INC INTERNATIONAL FUND 7 | | | | | Sold (part) | 12/22/11 | J | A | |
| 40.  - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND 7 | | | | | Buy | 03/22/11 | J | | |
| 41.  - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND 7 | | | | | Sold (part) | 08/15/11 | J | A | |
| 42.  - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND 7 | | | | | Sold | 08/16/11 | J | A | |
| 43.  - ISHARES TR S&P GLBL UTILITIES INDEX FUND 7 | | | | | Buy | 03/22/11 | J | | |
| 44.  - ISHARES TR S&P GLBL UTILITIES INDEX FUND 7 | | | | | Sold (part) | 08/15/11 | J | A | |
| 45.  - ISHARES TR S&P GLBL UTILITIES INDEX FUND 7 | | | | | Sold | 08/16/11 | J | A | |
| 46.  - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 7 | | | | | Buy | 03/22/11 | J | | |
| 47.  - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 7 | | | | | Sold (part) | 08/18/11 | J | A | |
| 48.  - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 7 | | | | | Sold (part) | 11/16/11 | J | A | |
| 49.  - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 7 | | | | | Sold (part) | 12/22/11 | J | A | |
| 50.  - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX 7 | | | | | Buy | 03/22/11 | J | | |
| 51.  - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX 7 | | | | | Sold (part) | 08/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX 7 | | | | | Sold | 08/16/11 | J | A | |
| 53. - ISHARES TR BARCLAYS TIPS BD FD 7 | | | | | Buy | 03/22/11 | J | | |
| 54. - ISHARES TR BARCLAYS TIPS BD FD 7 | | | | | Sold (part) | 08/18/11 | J | A | |
| 55. - ISHARES TR BARCLAYS TIPS BD FD 7 | | | | | Sold (part) | 11/16/11 | J | A | |
| 56. - ISHARES TR BARCLAYS TIPS BD FD 7 | | | | | Sold (part) | 12/22/11 | J | A | |
| 57. - GATEWAY FUND CLASS Y 7 | | | | | Buy | 03/22/11 | J | | |
| 58. - GATEWAY FUND CLASS Y 7 | | | | | Sold (part) | 11/16/11 | J | A | |
| 59. - GATEWAY FUND CLASS Y 7 | | | | | Sold (part) | 12/22/11 | J | A | |
| 60. - GABELLI ABC FUND ADVISOR CLASS 7 | | | | | Buy | 03/22/11 | J | | |
| 61. - GABELLI ABC FUND ADVISOR CLASS 7 | | | | | Sold | 08/18/11 | J | A | |
| 62. - T ROWE PRICE INTL BOND FUND ADVISOR CLASS 7 | | | | | Buy | 03/23/11 | J | | |
| 63. - T ROWE PRICE INTL BOND FUND ADVISOR CLASS 7 | | | | | Sold (part) | 08/18/11 | J | A | |
| 64. - T ROWE PRICE INTL BOND FUND ADVISOR CLASS 7 | | | | | Sold | 11/16/11 | J | A | |
| 65. - PRINCETON FUTURES STRATEGY FUND CLASS 7 | | | | | Buy | 03/23/11 | J | | |
| 66. - PRINCETON FUTURES STRATEGY FUND CLASS 7 | | | | | Buy (add'l) | 08/23/11 | J | | |
| 67. - PRINCETON FUTURES STRATEGY FUND CLASS 7 | | | | | Buy (add'l) | 11/17/11 | J | | |
| 68. - PRINCETON FUTURES STRATEGY FUND CLASS 7 | | | | | Sold (part) | 12/23/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - DRIEHAUS ACTIVE INCOME FUND 7 | | | | | Buy | 03/23/11 | J | | |
| 70. - DRIEHAUS ACTIVE INCOME FUND 7 | | | | | Buy (add'l) | 08/22/11 | J | | |
| 71. - DRIEHAUS ACTIVE INCOME FUND 7 | | | | | Buy (add'l) | 11/17/11 | J | | |
| 72. - DRIEHAUS ACTIVE INCOME FUND 7 | | | | | Sold (part) | 12/27/11 | J | A | |
| 73. - DRIEHAUS SELECT CREDIT FUND 7 | | | | | Buy | 08/22/11 | J | | |
| 74. - DRIEHAUS SELECT CREDIT FUND 7 | | | | | Buy (add'l) | 11/17/11 | J | | |
| 75. - DRIEHAUS SELECT CREDIT FUND 7 | | | | | Sold (part) | 12/27/11 | J | A | |
| 76. - AQR DIVERSIFIED ARBITRAGE FUND 7 | | | | | Buy | 03/23/11 | J | | |
| 77. - AQR DIVERSIFIED ARBITRAGE FUND 7 | | | | | Buy (add'l) | 11/17/11 | J | | |
| 78. - AQR DIVERSIFIED ARBITRAGE FUND 7 | | | | | Sold (part) | 08/19/11 | J | A | |
| 79. - AQR DIVERSIFIED ARBITRAGE FUND 7 | | | | | Sold (part) | 12/23/11 | J | A | |
| 80. - WASATCH LONG/SHORT FUND 7 | | | | | Buy | 08/18/11 | J | | |
| 81. - WASATCH LONG/SHORT FUND 7 | | | | | Sold (part) | 12/23/11 | J | A | |
| 82. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 7 | | | | | Buy | 08/18/11 | J | | |
| 83. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 7 | | | | | Sold (part) | 11/16/11 | J | A | |
| 84. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 7 | | | | | Sold (part) | 12/22/11 | J | A | |
| 85. - TCW EMERGING MARKETS FUND 7 | | | | | Buy | 11/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - TCW EMERGING MARKETS FUND 7 | | | | | Sold (part) | 12/23/11 | J | A | |
| 87. DEFERRED SALARY PLAN/TRUST - ACCOUNT #8 - M/LYNCH #C08 | D | Int./Div. | N | T | | | | | See Note 3 |
| 88. - BIF MONEY FUND 8 | | | | | | | | | |
| 89. - BLACKROCK LARGE CAP 8 | | | | | Buy (add'l) | 01/18/11 | J | | |
| 90. - BLACKROCK LARGE CAP 8 | | | | | Sold (part) | 04/19/11 | J | A | |
| 91. - BLACKROCK LARGE CAP 8 | | | | | Buy (add'l) | 11/09/11 | J | | |
| 92. - BLACKROCK INFLATION 8 | | | | | Buy (add'l) | 01/18/11 | J | | |
| 93. - BLACKROCK INFLATION 8 | | | | | Sold (part) | 11/09/11 | J | A | |
| 94. - BLACKROCK GLOBAL ALLOC FUND 8 | | | | | Sold (part) | 04/19/11 | J | A | |
| 95. - BLACKROCK GLOBAL ALLOC FUND 8 | | | | | Sold (part) | 11/09/11 | J | C | |
| 96. - BLACKROCK CORE BD PORTFOLIO 8 | | | | | Buy (add'l) | 01/18/11 | J | | See Note 4 |
| 97. - BLACKROCK CORE BD PORTFOLIO 8 | | | | | Sold (part) | 11/09/11 | J | A | |
| 98. - BLACKROCK CAPITAL APPRECIATION FD 8 | | | | | Sold (part) | 04/19/11 | J | A | |
| 99. - BLACKROCK CAPITAL APPRECIATION FD 8 | | | | | Sold (part) | 11/09/11 | J | A | |
| 100. - BLACKROCK EQUITY DIVIDEND 8 | | | | | Sold (part) | 04/19/11 | J | A | |
| 101. - BLACKROCK EQUITY DIVIDEND 8 | | | | | Sold (part) | 11/09/11 | J | A | |
| 102. - BLACKROCK EQUITY DIVIDEND 8 | | | | | Sold (part) | 12/22/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - BLACKROCK GNMA INST 8 | | | | | Buy (add'l) | 11/09/11 | J | | |
| 104.  - BLACKROCK MID CAP VALUE 8 | | | | | Buy (add'l) | 1/09/11 | J | | |
| 105.  - BLACKROCK MID CAP VALUE 8 | | | | | Sold (part) | 04/19/11 | J | A | |
| 106.  - BLACKROCK MID CAP VALUE 8 | | | | | Sold (part) | 11/09/11 | K | B | |
| 107.  - BLACKROCK LOW DURATION BD 8 | | | | | Sold | 11/09/11 | K | A | |
| 108.  - BLACKROCK S & P 500 INDEX FUND 8 | | | | | Buy (add'l) | 12/22/11 | K | | |
| 109.  - BLACKROCK S & P 500 INDEX FUND 8 | | | | | Sold (part) | 01/18/11 | K | A | |
| 110.  - BLACKROCK STRATEGIC INCOME OPP FUND 8 | | | | | Buy | 11/09/11 | K | | |
| 111.  - BLACKROCK GLOBAL DIVIDEND FUND 8 | | | | | Buy | 11/09/11 | K | | |
| 112.  BROKER ACCT #9 - STONNINGTON #353 | | | | | | | | | See Note 2 |
| 113.  - BLACKROCK CALIFORNIA 9 | A | Int./Div. | | | Sold | 01/03/11 | K | A | |
| 114.  - BLACKROCK GLOBAL ALLOCATION FUND 9 | | None | | | Sold | 12/15/11 | L | A | |
| 115.  - FIDELITY ADV MUNI 9 | A | Int./Div. | | | Sold | 01/03/11 | K | A | |
| 116.  - FRANKLIN FED INTER TERM 9 | A | Int./Div. | | | Sold | 01/03/11 | K | A | |
| 117.  - HARTFORD CAPITAL 9 | | None | | | Sold | 01/03/11 | K | C | |
| 118.  - J P MORGAN TAX AWARE 9 | | None | | | Sold | 01/03/11 | J | A | |
| 119.  - DWS INTMDT TAX 9 | | None | | | Sold | 01/03/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - MAINSTAY LARGE CAP GROWTH FUND 9 | | None | | | Sold | 01/03/11 | K | B | |
| 121. - MFS VALUE FUND 9 | | None | | | Sold | 01/03/11 | K | A | |
| 122. - FDIC LIQUID INSURED DEPOSITS MONEY MARKET 9 | A | Int./Div. | | | Merged (with line 124) | 03/16/11 | N | | See Note 2 |
| 123. BROKER ACCT #3 - STONNINGTON #1046 | | | | | | | | | See Note 2 |
| 124. - FDIC LIQUID INSURED DEPOSITS MONEY MARKET 3 | A | Int./Div. | J | T | | | | | See Note 2 |
| 125. - AQR DIVERSIFIED ARBITRAGE FUND 3 | A | Dividend | J | T | Buy | 03/21/11 | J | | |
| 126. - AQR DIVERSIFIED ARBITRAGE FUND 3 | | | | | Buy (add'l) | 11/17/11 | J | | |
| 127. - AQR DIVERSIFIED ARBITRAGE FUND 3 | | | | | Buy (add'l) | 12/28/11 | J | | |
| 128. - AQR DIVERSIFIED ARBITRAGE FUND 3 | | | | | Sold (part) | 08/18/11 | J | A | |
| 129. - DRIEHAUS SELECT CREDIT FUND 3 | A | Dividend | K | T | Buy | 08/22/11 | J | | |
| 130. - DRIEHAUS SELECT CREDIT FUND 3 | | | | | Buy (add'l) | 11/17/11 | J | | |
| 131. - DRIEHAUS SELECT CREDIT FUND 3 | | | | | Buy (add'l) | 12/28/11 | J | | |
| 132. - DRIEHAUS ACTIVE INCOME FUND 3 | A | Dividend | K | T | Buy | 03/21/11 | J | | |
| 133. - DRIEHAUS ACTIVE INCOME FUND 3 | | | | | Buy (add'l) | 08/22/11 | J | | |
| 134. - DRIEHAUS ACTIVE INCOME FUND 3 | | | | | Buy (add'l) | 11/17/11 | J | | |
| 135. - DRIEHAUS ACTIVE INCOME FUND 3 | | | | | Buy (add'l) | 12/28/11 | J | | |
| 136. - FRANKLIN FED TAX FREE INCOME FUND 3 | A | Interest | | | Buy | 03/18/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - FRANKLIN FED TAX FREE INCOME FUND 3 | | | | | Sold | 08/18/11 | J | A | |
| 138. - GABELLI ABC FUND ADVISOR CLASS 3 | | None | | | Buy | 03/18/11 | J | | |
| 139. - GABELLI ABC FUND ADVISOR CLASS 3 | | | | | Sold | 03/22/11 | J | A | |
| 140. - GATEWAY FUND CLASS Y 3 | A | Dividend | K | T | Buy | 03/18/11 | K | | |
| 141. - GATEWAY FUND CLASS Y 3 | | | | | Buy (add'l) | 12/27/11 | J | | |
| 142. - GATEWAY FUND CLASS Y 3 | | | | | Sold (part) | 11/16/11 | J | A | |
| 143. - MSIF INC INTERNATIONAL FUND 3 | A | Dividend | K | T | Buy | 03/18/11 | K | | |
| 144. - MSIF INC INTERNATIONAL FUND 3 | | | | | Buy (add'l) | 08/18/11 | J | | |
| 145. - MSIF INC INTERNATIONAL FUND 3 | | | | | Buy (add'l) | 11/16/11 | J | | |
| 146. - MSIF INC INTERNATIONAL FUND 3 | | | | | Buy (add'l) | 12/27/11 | J | | |
| 147. - NUVEEN LIMITED TERM MUNI BOND CLASS A 3 | A | Interest | J | T | Buy | 03/18/11 | K | | |
| 148. - NUVEEN LIMITED TERM MUNI BOND CLASS A 3 | | | | | Sold (part) | 08/18/11 | J | A | |
| 149. - NUVEEN LIMITED TERM MUNI BOND CLASS A 3 | | | | | Sold (part) | 11/16/11 | J | A | |
| 150. - PRINCETON FUTURES STRATEGY FUND CLASS 3 | | None | K | T | Buy | 03/21/11 | J | | |
| 151. - PRINCETON FUTURES STRATEGY FUND CLASS 3 | | | | | Buy (add'l) | 08/23/11 | J | | |
| 152. - PRINCETON FUTURES STRATEGY FUND CLASS 3 | | | | | Buy (add'l) | 11/17/11 | J | | |
| 153. - PRINCETON FUTURES STRATEGY FUND CLASS 3 | | | | | Buy (add'l) | 12/28/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 3 | A | Dividend | K | T | Buy | 08/18/11 | J | | |
| 155. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 3 | | | | | Sold (part) | 11/16/11 | J | A | |
| 156. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND 3 | | | | | Sold (part) | 12/27/11 | J | A | |
| 157. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 3 | A | Dividend | J | T | Buy | 03/18/11 | K | | |
| 158. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 3 | | | | | Buy (add'l) | 12/27/11 | J | | |
| 159. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND 3 | | | | | Sold (part) | 11/16/11 | J | A | |
| 160. - TCW EMERGING MARKETS FUND 3 | A | Dividend | J | T | Buy | 11/17/11 | J | | |
| 161. - TCW EMERGING MARKETS FUND 3 | | | | | Buy (add'l) | 12/27/11 | J | | |
| 162. - T ROWE PRICE INTL BOND FUND ADVISOR CLASS 3 | A | Dividend | | | Buy | 03/18/11 | J | | |
| 163. - T ROWE PRICE INTL BOND FUND ADVISOR CLASS 3 | | | | | Sold (part) | 08/18/11 | J | A | |
| 164. - T ROWE PRICE INTL BOND FUND ADVISOR CLASS 3 | | | | | Sold | 11/16/11 | J | A | |
| 165. - THE TAX EXEMPT BOND FUND OF AMERICA 3 | A | Interest | K | T | Buy | 03/18/11 | J | | |
| 166. - THE TAX EXEMPT BOND FUND OF AMERICA 3 | | | | | Buy (add'l) | 11/16/11 | J | | |
| 167. - THE TAX EXEMPT BOND FUND OF AMERICA 3 | | | | | Buy (add'l) | 12/27/11 | J | | |
| 168. - THE TAX EXEMPT BOND FUND OF AMERICA 3 | | | | | Sold (part) | 08/18/11 | J | A | |
| 169. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND 3 | A | Interest | K | T | Buy | 03/18/11 | J | | |
| 170. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND 3 | | | | | Buy (add'l) | 11/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND 3 | | | | | Buy (add'l) | 12/27/11 | J | | |
| 172. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND 3 | | | | | Sold (part) | 08/18/11 | J | A | |
| 173. - WASATCH LONG/SHORT FUND 3 | | None | J | T | Buy | 08/18/11 | J | | |
| 174. - WASATCH LONG/SHORT FUND 3 | | | | | Buy (add'l) | 12/28/11 | J | | |
| 175. - WASATCH LONG/SHORT FUND 3 | | | | | Sold (part) | 11/16/11 | J | A | |
| 176. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX 3 | A | Dividend | | | Buy | 03/18/11 | J | | |
| 177. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX 3 | | | | | Sold (part) | 08/15/11 | J | A | |
| 178. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX 3 | | | | | Sold | 08/16/11 | J | A | |
| 179. - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND 3 | A | Dividend | | | Buy | 03/18/11 | J | | |
| 180. - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND 3 | | | | | Sold (part) | 08/15/11 | J | A | |
| 181. - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND 3 | | | | | Sold | 08/16/11 | J | A | |
| 182. - ISHARES TR S&P GLBL UTILITIES INDEX FUND 3 | A | Dividend | | | Buy | 03/18/11 | J | | |
| 183. - ISHARES TR S&P GLBL UTILITIES INDEX FUND 3 | | | | | Sold (part) | 08/15/11 | J | A | |
| 184. - ISHARES TR S&P GLBL UTILITIES INDEX FUND 3 | | | | | Sold | 08/16/11 | J | A | |
| 185. - ISHARES TR BARCLAYS TIPS BD FD 3 | A | Dividend | J | T | Buy | 03/18/11 | J | | |
| 186. - ISHARES TR BARCLAYS TIPS BD FD 3 | | | | | Buy (add'l) | 12/27/11 | J | | |
| 187. - ISHARES TR BARCLAYS TIPS BD FD 3 | | | | | Sold (part) | 08/18/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 16 of 28

Name of Person Reporting

REINHARDT, STEPHEN R.

Date of Report

08/23/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - ISHARES TR BARCLAYS TIPS BD FD 3 | | | | | Sold (part) | 11/16/11 | J | A | |
| 189. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 3 | A | Dividend | J | T | Buy | 03/18/11 | J | | |
| 190. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 3 | | | | | Buy (add'l) | 12/27/11 | J | | |
| 191. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 3 | | | | | Sold (part) | 08/18/11 | J | A | |
| 192. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND 3 | | | | | Sold (part) | 11/16/11 | J | A | |
| 193. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 3 | B | Dividend | K | T | Buy | 03/18/11 | K | | |
| 194. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 3 | | | | | Buy (add'l) | 08/18/11 | J | | |
| 195. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 3 | | | | | Buy (add'l) | 12/27/11 | J | | |
| 196. - VANGUARD SPECIALIZED PORT DIV APPREC FUND 3 | | | | | Sold (part) | 11/16/11 | J | A | |
| 197. BANK OF THE WEST CHECKING #877 | A | Interest | K | T | | | | | |
| 198. CHASE CHECKING #9850 | | None | J | T | Open | 04/09/11 | J | | |
| 199. CHASE SAVINGS #6334 | A | Interest | J | T | Open | 05/09/11 | J | | |
| 200. NATIONWIDE ACHIEVER ANNUITY | | None | N | T | | | | | |
| 201. TRUST #1 - EXEMPT C | F | Int./Div. | P1 | W | | | | | See Note 5 |
| 202. - GOLDMAN SACHS SMALL CAP VALUE FUND (#4486) | | | | | Buy | 01/03/11 | L | | |
| 203. - GOLDMAN SACHS SMALL CAP VALUE FUND (#4486) | | | | | Sold | 01/10/11 | L | A | |
| 204. - GOLDMAN SACHS GRWTH OPPORTUNITY FUND (#4486) | | | | | Buy | 01/03/11 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - GOLDMAN SACHS GRWTH OPPORTUNTIY FUND (#4486) | | | | | Sold | 01/10/11 | L | A | |
| 206. - GOLDMAN SACHS BRIC FUND INST (#4486) | | | | | Buy | 01/03/11 | M | | |
| 207. - GOLDMAN SACHS BRIC FUND INST (#4486) | | | | | Sold | 01/10/11 | M | A | |
| 208. - GOLDMAN SACHS DYNAMIC ALLOCATION FUND (#4486) | | | | | Buy | 01/10/11 | N | | |
| 209. - GOLDMAN SACHS DYNAMIC ALLOCATION FUND (#4486) | | | | | Sold | 04/14/11 | N | D | |
| 210. - ARIZ SCH FACS BRD CTFS TN 5% 9/1/12 (#4486) | | | | | Sold | 04/15/11 | L | B | |
| 211. - INVESCO EMERG MKT LOCAL FUND (#4486) | | | | | Sold | 04/14/11 | M | D | |
| 212. - BLACKROCK HIGH YIELD BOND FUND (#4486) | | | | | Sold | 04/14/11 | O | E | |
| 213. - BLACKROCK GLOBAL ALLOC FUND (#4486) | | | | | Sold | 04/14/11 | P1 | F | |
| 214. - FDIC LIQUID INSURED DEPOSITS (#4486) | | | | | Redeemed | 01/03/11 | P1 | A | |
| 215. - AQR DIVERSIFIED ARBITRAGE FUND (#1004) | | | | | Buy | 06/13/11 | L | | |
| 216. - AQR DIVERSIFIED ARBITRAGE FUND (#1004) | | | | | Sold (part) | 09/16/11 | J | A | |
| 217. - DRIEHAUS SELECT CREDIT FUND (#1004) | | | | | Buy | 09/16/11 | L | | |
| 218. - DRIEHAUS SELECT CREDIT FUND (#1004) | | | | | Sold (part) | 10/26/11 | J | A | |
| 219. - DRIEHAUS ACTIVE INCOME FUND (#1004) | | | | | Buy | 06/13/11 | L | | |
| 220. - DRIEHAUS ACTIVE INCOME FUND (#1004) | | | | | Buy (add'l) | 09/16/11 | K | | |
| 221. - DRIEHAUS ACTIVE INCOME FUND (#1004) | | | | | Buy (add'l) | 11/28/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - DRIEHAUS ACTIVE INCOME FUND (#1004) | | | | | Sold (part) | 10/26/11 | J | A | |
| 223. - FRANKLIN FED TAX FREE INCOME FUND (#1004) | | | | | Buy | 06/13/11 | K | | |
| 224. - FRANKLIN FED TAX FREE INCOME FUND (#1004) | | | | | Sold | 09/16/11 | K | B | |
| 225. - GABELLI ABC FUND ADVISOR CLASS (#1004) | | | | | Buy | 06/13/11 | L | | |
| 226. - GABELLI ABC FUND ADVISOR CLASS (#1004) | | | | | Sold | 09/16/11 | L | A | |
| 227. - GATEWAY FUND CLASS Y (#1004) | | | | | Buy | 06/13/11 | N | | |
| 228. - GATEWAY FUND CLASS Y (#1004) | | | | | Buy (add'l) | 08/02/11 | N | | |
| 229. - GATEWAY FUND CLASS Y (#1004) | | | | | Sold (part) | 10/26/11 | N | B | |
| 230. - ISHARES TR BARCLAYS TIPS BD FD (#1004) | | | | | Buy | 06/13/11 | L | | |
| 231. - ISHARES TR BARCLAYS TIPS BD FD (#1004) | | | | | Sold (part) | 11/28/11 | K | A | |
| 232. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX (#1004) | | | | | Buy | 06/13/11 | L | | |
| 233. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX (#1004) | | | | | Buy (add'l) | 08/02/11 | L | | |
| 234. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX (#1004) | | | | | Sold | 09/16/11 | M | A | |
| 235. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND (#1004) | | | | | Buy | 06/13/11 | L | | |
| 236. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND (#1004) | | | | | Sold (part) | 11/28/11 | K | A | |
| 237. - ISHARES TR S&P GLBL UTILITIES INDEX FUND (#1004) | | | | | Buy | 06/13/11 | L | | |
| 238. - ISHARES TR S&P GLBL UTILITIES INDEX FUND (#1004) | | | | | Buy (add'l) | 08/02/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - ISHARES TR S&P GLBL UTILITIES INDEX FUND (#1004) | | | | | Sold | 09/16/11 | M | A | |
| 240. - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND (#1004) | | | | | Buy | 06/13/11 | L | | |
| 241. - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND (#1004) | | | | | Buy (add'l) | 08/02/11 | L | | |
| 242. - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND (#1004) | | | | | Sold | 09/16/11 | M | A | |
| 243. - MSIF INC INTERNATIONAL FUND (#1004) | | | | | Buy | 06/13/11 | M | | |
| 244. - MSIF INC INTERNATIONAL FUND (#1004) | | | | | Buy (add'l) | 08/02/11 | M | | |
| 245. - MSIF INC INTERNATIONAL FUND (#1004) | | | | | Buy (add'l) | 09/16/11 | K | | |
| 246. - MSIF INC INTERNATIONAL FUND (#1004) | | | | | Buy (add'l) | 11/28/11 | J | | |
| 247. - MSIF INC INTERNATIONAL FUND (#1004) | | | | | Sold (part) | 07/27/11 | M | A | |
| 248. - PRINCETON FUTURES STRATEGY FUND CLASS (#1004) | | | | | Buy | 06/13/11 | L | | |
| 249. - PRINCETON FUTURES STRATEGY FUND CLASS (#1004) | | | | | Buy (add'l) | 09/16/11 | K | | |
| 250. - PRINCETON FUTURES STRATEGY FUND CLASS (#1004) | | | | | Sold (part) | 11/28/11 | J | A | |
| 251. - NUVEEN LIMITED TERM MUNI BOND CLASS A (#1004) | | | | | Buy | 06/13/11 | L | | |
| 252. - NUVEEN LIMITED TERM MUNI BOND CLASS A (#1004) | | | | | Sold (part) | 09/16/11 | L | A | |
| 253. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND (#1004) | | | | | Buy | 09/16/11 | L | | |
| 254. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND (#1004) | | | | | Sold (part) | 10/26/11 | J | A | |
| 255. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND (#1004) | | | | | Buy | 06/13/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND (#1004) | | | | | Buy (add'l) | 09/16/11 | J | | |
| 257. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND (#1004) | | | | | Sold (part) | 11/28/11 | L | A | |
| 258. - T ROWE PRICE INTL BOND FUND ADVISOR CLASS (#1004) | | | | | Buy | 06/13/11 | L | | |
| 259. - T ROWE PRICE INTL BOND FUND ADVISOR CLASS (#1004) | | | | | Sold | 11/28/11 | L | A | |
| 260. - TCW EMERGING MARKETS FUND (#1004) | | | | | Buy | 11/28/11 | K | | |
| 261. - THE TAX EXEMPT BOND FUND OF AMERICA (#1004) | | | | | Buy | 06/13/11 | L | | |
| 262. - THE TAX EXEMPT BOND FUND OF AMERICA (#1004) | | | | | Buy (add'l) | 11/28/11 | L | | |
| 263. - THE TAX EXEMPT BOND FUND OF AMERICA (#1004) | | | | | Sold (part) | 09/16/11 | J | A | |
| 264. - VANGUARD SPECIALIZED PORT DIV APPREC FUND (#1004) | | | | | Buy | 06/13/11 | N | | |
| 265. - VANGUARD SPECIALIZED PORT DIV APPREC FUND (#1004) | | | | | Buy (add'l) | 08/02/11 | N | | |
| 266. - VANGUARD SPECIALIZED PORT DIV APPREC FUND (#1004) | | | | | Buy (add'l) | 09/16/11 | J | | |
| 267. - VANGUARD SPECIALIZED PORT DIV APPREC FUND (#1004) | | | | | Buy (add'l) | 11/28/11 | J | | |
| 268. - VANGUARD SPECIALIZED PORT DIV APPREC FUND (#1004) | | | | | Sold (part) | 07/27/11 | N | B | |
| 269. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND (#1004) | | | | | Buy | 06/13/11 | L | | |
| 270. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND (#1004) | | | | | Buy (add'l) | 11/28/11 | L | | |
| 271. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND (#1004) | | | | | Sold (part) | 09/16/11 | J | A | |
| 272. - WASATCH LONG/SHORT FUND (#1004) | | | | | Buy | 09/16/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - WASATCH LONG/SHORT FUND (#1004) | | | | | Sold (part) | 10/26/11 | J | A | |
| 274. - ACACIA PARTNERS, L.P. | | | | | | | | | |
| 275. - POETIC LICENSE PARTNERS, LP | | | | | | | | | See Note 5 |
| 276. - CITY NATIONAL BANK CHECKING #095 | | | | | | | | | |
| 277. TRUST #2 - NON-EXEMPT C | A | Int./Div. | L | T | | | | | |
| 278. - FDIC LIQUID INSURED DEPOSITS (#4478) | | | | | | | | | |
| 279. - CITY NATIONAL BANK CHECKING #109 | | | | | | | | | |
| 280. TRUST #3 - LVG TRUST | D | Int./Div. | N | T | | | | | |
| 281. - FDIC LIQUID INSURED DEPOSITS (#4395) | | | | | Redeemed (part) | 01/03/11 | K | | |
| 282. - IVY GLOBAL NAT RSRCS FUND (#4395) | | | | | Buy (add'l) | 01/03/11 | L | | |
| 283. - IVY GLOBAL NAT RSRCS FUND (#4395) | | | | | Sold | 03/10/11 | L | D | |
| 284. - GOLDMAN SACHS BRIC FUND INST (#4395) | | | | | Buy | 01/04/11 | L | | |
| 285. - GOLDMAN SACHS BRIC FUND INST (#4395) | | | | | Sold | 01/10/11 | K | A | |
| 286. - GOLDMAN SACHS GRWTH OPPORTUNITY FUND (#4395) | | | | | Buy | 01/04/11 | K | | |
| 287. - GOLDMAN SACHS GRWTH OPPORTUNITY FUND (#4395) | | | | | Sold | 01/10/11 | K | A | |
| 288. - GOLDMAN SACHS SMALL CAP VALUE FUND (#4395) | | | | | Buy | 01/04/11 | K | | |
| 289. - GOLDMAN SACHS SMALL CAP VALUE FUND (#4395) | | | | | Sold | 01/10/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - BLACKROCK HIGH YLD BOND FUND (#4395) | | | | | Sold | 01/03/11 | K | C | |
| 291. - CALAMOS CONV FUND CLS 1 (#4395) | | | | | Buy (add'l) | 01/12/11 | L | | |
| 292. - CALAMOS CONV FUND CLS 1 (#4395) | | | | | Sold | 03/10/11 | L | C | |
| 293. - G SACHS DYNAMIC ALLOC FUND (#4395) | | | | | Sold | 03/10/11 | M | D | |
| 294. - G SACHS ABS RETURN FUND (#4395) | | | | | Sold | 01/03/11 | K | B | |
| 295. - IVY ASSET STRAT FUND CLS 1 (#4395) | | | | | Sold | 03/10/11 | M | E | |
| 296. - LAZARD EMERG MKT FUND (#4395) | | | | | Sold | 03/10/11 | K | C | |
| 297. - PIMCO EMERG MKTS FUND (#4395) | | | | | Sold | 01/03/11 | K | B | |
| 298. - AQR DIVERSIFIED ARBITRAGE FUND (#1012) | | | | | Buy | 03/17/11 | K | | |
| 299. - AQR DIVERSIFIED ARBITRAGE FUND (#1012) | | | | | Buy (add'l) | 11/16/11 | J | | |
| 300. - AQR DIVERSIFIED ARBITRAGE FUND (#1012) | | | | | Sold (part) | 09/16/11 | J | A | |
| 301. - DRIEHAUS SELECT CREDIT FUND (#1012) | | | | | Buy | 09/19/11 | K | | |
| 302. - DRIEHAUS SELECT CREDIT FUND (#1012) | | | | | Buy (add'l) | 11/16/11 | J | | |
| 303. - DRIEHAUS ACTIVE INCOME FUND (#1012) | | | | | Buy | 03/17/11 | K | | |
| 304. - DRIEHAUS ACTIVE INCOME FUND (#1012) | | | | | Buy (add'l) | 09/19/11 | J | | |
| 305. - DRIEHAUS ACTIVE INCOME FUND (#1012) | | | | | Buy (add'l) | 11/16/11 | J | | |
| 306. - FRANKLIN FEDERAL TAX FREE INCOME FUND (#1012) | | | | | Buy | 03/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - FRANKLIN FEDERAL TAX FREE INCOME FUND (#1012) | | | | | Sold | 09/16/11 | J | A | |
| 308. - GABELLI ABC FUND ADVISOR CLASS (#1012) | | | | | Buy | 03/17/11 | K | | |
| 309. - GABELLI ABC FUND ADVISOR CLASS (#1012) | | | | | Sold | 09/16/11 | K | A | |
| 310. - GATEWAY FUND CLASS Y (#1012) | | | | | Buy | 03/17/11 | L | | |
| 311. - GATEWAY FUND CLASS Y (#1012) | | | | | Buy (add'l) | 08/02/11 | L | | |
| 312. - GATEWAY FUND CLASS Y (#1012) | | | | | Sold (part) | 07/27/11 | L | A | |
| 313. - GATEWAY FUND CLASS Y (#1012) | | | | | Sold (part) | 09/16/11 | J | A | |
| 314. - ISHARES TR BARCLAYS TIPS BD FD (#1012) | | | | | Buy | 03/17/11 | K | | |
| 315. - ISHARES TR BARCLAYS TIPS BD FD (#1012) | | | | | Sold (part) | 09/16/11 | J | A | |
| 316. - ISHARES TR BARCLAYS TIPS BD FD (#1012) | | | | | Sold (part) | 11/16/11 | J | A | |
| 317. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX (#1012) | | | | | Buy | 03/17/11 | K | | |
| 318. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX (#1012) | | | | | Buy (add'l) | 08/02/11 | K | | |
| 319. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX (#1012) | | | | | Sold (part) | 07/27/11 | K | B | |
| 320. - ISHARES TR S&P GLOBAL HLTHCARE SECTOR INDEX (#1012) | | | | | Sold | 09/16/11 | K | A | |
| 321. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND (#1012) | | | | | Buy | 03/17/11 | K | | |
| 322. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND (#1012) | | | | | Sold (part) | 09/16/11 | J | A | |
| 323. - ISHARES TR BARCLAYS 1-3 YR TSRY BOND FUND (#1012) | | | | | Sold (part) | 11/16/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - ISHARES TR S&P GLBL UTILITIES INDEX FUND (#1012) | | | | | Buy | 03/17/11 | K | | |
| 325. - ISHARES TR S&P GLBL UTILITIES INDEX FUND (#1012) | | | | | Buy (add'l) | 08/02/11 | K | | |
| 326. - ISHARES TR S&P GLBL UTILITIES INDEX FUND (#1012) | | | | | Sold (part) | 07/27/11 | K | A | |
| 327. - ISHARES TR S&P GLBL UTILITIES INDEX FUND (#1012) | | | | | Sold | 09/16/11 | K | A | |
| 328. - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND (#1012) | | | | | Buy | 03/17/11 | K | | |
| 329. - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND (#1012) | | | | | Buy (add'l) | 08/02/11 | K | | |
| 330. - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND (#1012) | | | | | Sold (part) | 07/27/11 | K | B | |
| 331. - ISHARES TR S&P GLBL CONSUME STAPLES INDEX FUND (#1012) | | | | | Sold | 09/16/11 | K | A | |
| 332. - MSIF INC INTERNATIONAL FUND (#1012) | | | | | Buy | 03/17/11 | K | | |
| 333. - MSIF INC INTERNATIONAL FUND (#1012) | | | | | Buy (add'l) | 08/02/11 | K | | |
| 334. - MSIF INC INTERNATIONAL FUND (#1012) | | | | | Sold (part) | 07/27/11 | K | B | |
| 335. - MSIF INC INTERNATIONAL FUND (#1012) | | | | | Sold (part) | 09/16/11 | J | A | |
| 336. - PRINCETON FUTURES STRATEGY FUND CLASS (#1012) | | | | | Buy | 03/17/11 | K | | |
| 337. - PRINCETON FUTURES STRATEGY FUND CLASS (#1012) | | | | | Buy (add'l) | 09/19/11 | J | | |
| 338. - PRINCETON FUTURES STRATEGY FUND CLASS (#1012) | | | | | Buy (add'l) | 11/16/11 | J | | |
| 339. - NUVEEN LIMITED TERM MUNI BOND CLASS A (#1012) | | | | | Buy | 03/17/11 | K | | |
| 340. - NUVEEN LIMITED TERM MUNI BOND CLASS A (#1012) | | | | | Sold (part) | 09/16/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - NUVEEN LIMITED TERM MUNI BOND CLASS A (#1012) | | | | | Sold (part) | 11/16/11 | J | A | |
| 342. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND (#1012) | | | | | Buy | 09/16/11 | K | | |
| 343. - PRUDENTIAL JENNISON HEALTH SCIENCES FUND (#1012) | | | | | Buy (add'l) | 11/16/11 | J | | |
| 344. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND (#1012) | | | | | Buy | 03/17/11 | K | | |
| 345. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND (#1012) | | | | | Sold (part) | 09/16/11 | J | A | |
| 346. - RIDGEWORTH SEIX FLOATING RATE HIGH YLD FUND (#1012) | | | | | Sold (part) | 11/16/11 | J | A | |
| 347. - T ROWE PRICE INTL BOND FUND ADVISOR CLASS (#1012) | | | | | Buy | 03/17/11 | J | | |
| 348. - T ROWE PRICE INTL BOND FUND ADVISOR CLASS (#1012) | | | | | Sold | 11/16/11 | J | A | |
| 349. - TCW EMERGING MARKETS FUND (#1012) | | | | | Buy | 11/16/11 | J | | |
| 350. - THE TAX EXEMPT BOND FUND OF AMERICA (#1012) | | | | | Buy | 03/17/11 | J | | |
| 351. - THE TAX EXEMPT BOND FUND OF AMERICA (#1012) | | | | | Buy (add'l) | 11/16/11 | K | | |
| 352. - THE TAX EXEMPT BOND FUND OF AMERICA (#1012) | | | | | Sold (part) | 09/16/11 | J | A | |
| 353. - VANGUARD SPECIALIZED PORT DIV APPREC FUND (#1012) | | | | | Buy | 03/17/11 | L | | |
| 354. - VANGUARD SPECIALIZED PORT DIV APPREC FUND (#1012) | | | | | Buy (add'l) | 08/02/11 | L | | |
| 355. - VANGUARD SPECIALIZED PORT DIV APPREC FUND (#1012) | | | | | Sold (part) | 07/27/11 | L | B | |
| 356. - VANGUARD SPECIALIZED PORT DIV APPREC FUND (#1012) | | | | | Sold (part) | 09/16/11 | J | A | |
| 357. - VANGUARD SPECIALIZED PORT DIV APPREC FUND (#1012) | | | | | Sold (part) | 11/16/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARDT, STEPHEN R. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND (#1012) | | | | | Buy | 03/17/11 | J | | |
| 359. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND (#1012) | | | | | Buy (add'l) | 11/16/11 | K | | |
| 360. - VANGUARD INTMDT TERM TAX EXEMPT BOND FUND (#1012) | | | | | Sold (part) | 09/16/11 | J | A | |
| 361. - WASATCH LONG/SHORT FUND (#1012) | | | | | Buy | 09/16/11 | K | | |
| 362. - WASATCH LONG/SHORT FUND (#1012) | | | | | Sold (part) | 11/16/11 | J | A | |
| 363. - CITY NATIONAL BANK CHECKING #087 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1: Part VII, lines 9, 20, 21 and 22 - The IRA account on line 9 closed on 3/16/11 and the assets were moved to new account, Stonnington #1053 shown on line 21 (header) through line 86.. The only asset to move to the new account from the old was the Pershing MMKT fund on line 20, which is shown as having merged with the new Pershing MMKT listed on line 22.

NOTE 2: Part VII, lines 112, 122, 123 and 124 - The brokerage account on line 112 closed on 3/17/11 and the assets were moved to new account, Stonnington #1046 shown on line 123 (header) through line 196. The only asset to move to the new account was the FDIC insured deposits money market fund on line 122, which is shown as having been merged to the same fund on line 124.

NOTE 3: Part VII, lines 87 through 111 - This account is a deferred salary plan, held by Merrill Lynch as trustee, sponsored by          employer, the ACLU.

NOTE 4: Part VII, line 96 - On the prior year disclosure report this item was listed as Blackrock BD Portfolio. The fund changed its name to Blackrock Core Bond Portfolio as a result of an institutional merger on 7/19/11.

NOTE 5: Part VII, lines 201 and 275 - We are still waiting for the year 2011 K-1 relating to the Poetic License Partners, LP partnership on line 275. As a result, both the income and gross value codes in columns B and C for the Trust #1 Exempt C on line 201 have been estimated. If necessary, an amended disclosure report will be filed upon our receipt of the K-1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ STEPHEN R. REINHARDT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544